| Prob 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | 11-00013-01-CR-W-RK |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 6:21-cr-00280 RRS/PJH |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| LOUIS A. SOILEAU | Western District of Missouri | Kansas City |
| | NAME OF SENTENCING JUDGE | |
| | Roseann Ketchmark | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | From 3/26/2021 | To 3/26/2024 |

**OFFENSE**

Felon in possession of a firearm
18 U.S.C. 922(g)(1) and 924(e)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for WESTERN DISTRICT OF LOUISIANA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| November 2, 2021 | /s/ Roseann Ketchmark |
| --- | --- |
| Date | |
| | ROSEANN KETCHMARK |
| | U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

November 5, 2021

Effective Date

Case 4:11-cr-00013-RK   Document 58-1   Filed 11/01/21   Page 1 of 1