CLOSED

# U.S. District Court
## Western District of Missouri (Kansas City)
## CRIMINAL DOCKET FOR CASE #: <u>4:11−cr−00013−RK</u>−1

Case title: USA v. Soileau

Related  Case:   4:16−cv−01125−RK
Magistrate judge case number:   4:11−mj−00001−REL

Date Filed: 01/25/2011

Date Terminated: 11/14/2011

Assigned to: District Judge
Roseann Ketchmark

Appeals court case number:
11−3552 8th Circuit Court of
Appeasl

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Louis A Soileau** | represented by | **FPD** |
| 22824−045 | | Federal Public Defender |
| TUCSON | | 818 Grand Boulevard |
| FEDERAL CORRECTIONAL | | Suite 300 |
| INSTITUTION | | Kansas City, MO 64106 |
| Inmate Mail/Parcels | | (816) 471−8282 |
| 8901 S. WILMOT ROAD | | Email: belinda_bye@fd.org |
| TUCSON, AZ 85706 | | *TERMINATED: 01/07/2011* |
| *TERMINATED: 11/14/2011* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community* |
| | | *Defender Appointment* |
| | | *Bar Status:* |

**Kent E. Gipson**
121 East Gregory Blvd.
Kansas City, MO 64114
(816) 363−4400
Fax: (816) 363−4300
Email: kent.gipson@kentgipsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

**Robert Glen Kuchar**
Federal Public Defender's Office − KCMO Walnut

Street
1000 Walnut
Ste. 600
Kansas City, MO 64106
816–471–8282
Fax: 816–471–8008
Email: bob_kuchar@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | Dismissed on the oral motion of the United States |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (2) | Dismissed on the oral motion of the United States |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (3) | **AMENDED SENTENCE:** IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 120 months on Count 3 of the Indictment. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of: Three (3) years. The defendant shall comply with all the mandatory, standard, and special conditions of release imposed by the Court in the original judgment, dated 11/14/2011 with an added special condition. **ORIGINAL SENTENCE:** The defendant pleaded guilty to Count 3 of the Indictment on June 23, 2011. **IMPRISONMENT:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months on Count 3 of the Indictment. The Court recommends to the Bureau of Prisons: Defendant be given the opportunity to participate in the 500 hour intensive drug treatment program. Defendant be designated to a federal institution at or near the state of Louisiana. The defendant is remanded to the custody of the United States Marshal. **SUPERVISED RELEASE:** Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. Standard and additional conditions of release imposed. **CRIMINAL MONETARY PENALTIES:** MSA: $100.00. No fine or restitution. |

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                           **Disposition**

On or about January 3, 2011, in
the Western District of Missouri,
Louis A. Soileau, having been
convicted of crimes punishable by
imprisonment for terms exceeding
one year, did knowingly possess,
in and affecting commerce, a
firearm, to wit: a Winchester, .22
rifle, Serial Number F262070,
which had been transported in
interstate commerce, in violation
of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2).

**Plaintiff**

**USA**                              represented by   **Paul S. Becker**
                                                      United States Attorney's Office–KCMO
                                                      400 E 9th Street
                                                      Suite 5510
                                                      Kansas City, MO 64106
                                                      (816)426–3122
                                                      Fax: (816)426–3126
                                                      Email: paul.becker@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/06/2011 | 1 | | COMPLAINT as to Louis A Soileau (1). (Attachments: # 1 Affidavit) (Melvin, Greg) [4:11–mj–00001–REL] (Entered: 01/06/2011) |

| 01/06/2011 | 2 | | Minute Entry for proceedings held before Magistrate Judge Robert E. Larsen: INITIAL APPEARANCE as to Louis A Soileau held on 1/6/2011, ( Detention Hearing set for 1/11/2011 02:00 PM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen., Preliminary Hearing set for 1/11/2011 02:00 PM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen.). Defendant remanded to the custody of the U.S. Marshal. To order a transcript of this hearing please contact Dorothy Myers, 816–512–5059. (Myers, Dorothy) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/06/2011 | 3 | | AFFIDAVIT of Financial Status of Louis A Soileau. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Myers, Dorothy) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/06/2011 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Louis A Soileau FPD for Louis A Soileau appointed.. Signed on 1/6/11 by Magistrate Judge Robert E. Larsen.(Myers, Dorothy) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/06/2011 | 5 | | MOTION for detention hearing by USA as to Louis A Soileau. Suggestions in opposition/response due by 1/24/2011 unless otherwise directed by the court. (Melvin, Greg) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/06/2011 | 6 | | MOTION to continue detention hearing by USA as to Louis A Soileau. Suggestions in opposition/response due by 1/24/2011 unless otherwise directed by the court. (Melvin, Greg) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/06/2011 | 7 | | ORDER granting 5 motion for detention hearing as to Louis A. Soileau (1); granting 6 motion to continue detention hearing as to Louis A. Soileau (1). Signed on 01/06/11 by Magistrate Judge Robert E. Larsen. (Suroff, Rebecca) [4:11–mj–00001–REL] (Entered: 01/06/2011) |
| 01/10/2011 | 8 | | ARREST WARRANT RETURNED EXECUTED on 1/06/2011 as to Louis A Soileau. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Martin, Jan) [4:11–mj–00001–REL] (Entered: 01/10/2011) |
| 01/10/2011 | 9 | | NOTICE OF HEARING as to Louis A Soileau. This is the official notice for this hearing. Detention Hearing set for 1/11/2011 02:00 PM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen. Preliminary Hearing set for 1/11/2011 02:00 PM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen.. Signed on 1/10/11 by Magistrate Judge Robert E. Larsen.This is a TEXT ONLY ENTRY. No document is attached.(Myers, Dorothy) [4:11–mj–00001–REL] (Entered: 01/10/2011) |
| 01/11/2011 | 10 | | Minute Entry for proceedings held before Magistrate Judge Robert E. Larsen: DETENTION/PRELIMINARY HEARING as to Louis A Soileau held on 1/11/2011. Defendant waived preliminary examination. Probable cause established; defendant bound over to U.S. District Court for grand jury or other action. Parties stipulate to the PTS Report as being direct testimony of PTS Officer Susan Pinkerton. No evidence presented. Court judicially notices the affidavit in support of the complaint; defendant does not contest issue of detention; written detention order forthcoming. Defendant remanded to custody of U.S. Marshal.To order a transcript of this hearing please contact Joella Baldwin, 816–512–5052. (Baldwin, Joella) [4:11–mj–00001–REL] (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/11/2011) |
| 01/11/2011 | 11 | | WAIVER of Preliminary Hearing by Louis A Soileau.This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Baldwin, Joella) [4:11–mj–00001–REL] (Entered: 01/11/2011) |
| 01/12/2011 | 12 | | ORDER OF DETENTION as to Louis A. Soileau. Signed on 01/11/11 by Magistrate Judge Robert E. Larsen.(Suroff, Rebecca) [4:11–mj–00001–REL] (Entered: 01/12/2011) |
| 01/25/2011 | 13 | | INDICTMENT as to Louis A Soileau (1) count(s) 1–3. (Attachments: # 1 Criminal Cover Sheet) (Beard, Melanie) (Entered: 01/26/2011) |
| 01/26/2011 | 14 | | ORDER REFERRING CASE to Magistrate Judge Larsen as to Louis A Soileau. Signed on 1/26/11 by District Judge Howard F. Sachs.(Beard, Melanie) (Entered: 01/26/2011) |
| 01/27/2011 | 15 | | NOTICE OF HEARING as to Louis A Soileau. This is the official notice for this hearing. Initial Appearance & Arraignment set for Monday, 1/31/2011 09:30 AM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen. This is a TEXT ONLY ENTRY. No document is attached.(Anderson–Porter, Sue) (Entered: 01/27/2011) |
| 01/27/2011 | 16 | | NOTICE OF HEARING as to Louis A Soileau. This is the official notice for this hearing. Initial Appearance & Arraignment RESET for Thursday, 2/3/2011 10:30 AM in Courtroom 6D, Kansas City (REL) before Magistrate Judge Robert E. Larsen. This is a TEXT ONLY ENTRY. No document is attached.(Anderson–Porter, Sue) (Entered: 01/27/2011) |
| 02/02/2011 | 17 | | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Louis A Soileau.. Signed on 2/2/11 by Magistrate Judge Robert E. Larsen.(Myers, Dorothy) (Entered: 02/02/2011) |
| 02/03/2011 | 18 | | MOTION AND ORDER to dismiss complaint as to Louis A Soileau. Signed on 2/3/2011 by Magistrate Judge Robert E. Larsen.(Anderson–Porter, Sue) (Entered: 02/03/2011) |
| 02/03/2011 | 19 | | Minute Entry for proceedings held before Magistrate Judge Robert E. Larsen: INITIAL APPEARANCE as to Louis A Soileau held on 2/3/2011, ARRAIGNMENT as to Louis A Soileau (1) Count 1–3 held on 2/3/2011. Defendant pleaded not guilty. This case is set on the 3/14/2011 criminal trial docket. Defense shall file any pretrial motions within ten days from this date; government responses due seven days after motion filed. In lieu of a scheduling conference, counsel are to meet within two weeks and submit Proposed Stipulations and Orders to chambers for filing. If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible. Defendant remanded to the custody of the U.S. Marshal. To order a transcript of this hearing please contact Dorothy Myers, 816–512–5059. (Myers, Dorothy) Modified on 2/16/2011 to correct trial date setting from 3/11/11 to 3/14/11 (Anderson–Porter, Sue). (Entered: 02/03/2011) |
| 02/18/2011 | 20 | | ORDER as to Louis A Soileau setting pretrial conference for 9:45 a.m., 3/2/2011. Signed on 2/18/2011 by Magistrate Judge Robert E. Larsen.(Wilson, Carol) (Entered: 02/18/2011) |
| 02/18/2011 | 21 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to continue by Louis A Soileau. Suggestions in opposition/response due by 3/7/2011 unless otherwise directed by the court. (Kuchar, Robert) (Entered: 02/18/2011) |
| 02/23/2011 | 22 | | ORDER granting motion to continue 21 . The case as to defendant Louis A. Soileau is continued. Accelerated Jury Trial set for 06/27/11; pretrial conference continued pending further order. Signed on 02/23/11 by Magistrate Judge Robert E. Larsen. (Suroff, Rebecca) (Entered: 02/23/2011) |
| 03/02/2011 | 23 | | STIPULATIONS & ORDERS as to Louis A Soileau. Signed on 3/2/2011 by Magistrate Judge Robert E. Larsen.(Anderson–Porter, Sue) (Entered: 03/02/2011) |
| 06/01/2011 | 24 | | ORDER as to Louis A Soileau setting pretrial conference for 11:15 a.m., 6/15/2011. Signed on 6/1/2011 by Magistrate Judge Robert E. Larsen.(Wilson, Carol) (Entered: 06/01/2011) |
| 06/14/2011 | 25 | | NOTICE OF HEARING as to Louis A. Soileau. This is the official notice for this hearing. Change of Plea hearing set for Thursday, June 23, 2011 at 1:30 p.m. in Courtroom 7B, Kansas City, MO before District Judge Howard F. Sachs. This is a TEXT ONLY ENTRY. No document is attached. (Duer, Tina) (Entered: 06/14/2011) |
| 06/23/2011 | 26 | | Minute Entry for proceedings held before District Judge Howard F. Sachs: CHANGE OF PLEA HEARING as to Louis A. Soileau held on June 23, 2011. Guilty plea entered by Louis A. Soileau to Count 3 of the Indictment. To order a transcript of this hearing, please contact Kathy Calvert at 816–512–5741. (Duer, Tina) (Modified text on 10/05/2015 to show defendant pled guilty to Count 3 of the Indictment.) (Duer, Tina). (Entered: 06/23/2011) |
| 09/28/2011 | 28 | | NOTICE OF HEARING as to Louis A. Soileau. This is the official notice for this hearing. Sentencing set for Thursday, October 27, 2011 at 1:30 p.m. in Courtroom 7B, Kansas City, MO before District Judge Howard F. Sachs. This is a TEXT ONLY ENTRY. No document is attached. (Duer, Tina) (Entered: 09/28/2011) |
| 10/26/2011 | 29 | | PROPOSED EXHIBIT LIST by Louis A Soileau (Kuchar, Robert) (Entered: 10/26/2011) |
| 10/28/2011 | 30 | | NOTICE OF HEARING as to Louis A. Soileau. This is the official notice for this hearing. Conclusion of sentencing set for Thursday, November 3, 2011 at 10:30 a.m., in Courtroom 7B, Kansas City, MO before District Judge Howard F. Sachs. This is a TEXT ONLY ENTRY. No document is attached. (Duer, Tina) (Entered: 10/28/2011) |
| 10/31/2011 | 31 | | Minute Entry for proceedings held before District Judge Howard F. Sachs: SENTENCE as to Louis A. Soileau held on 10/27/2011 and continued to 11/03/2011. To order a transcript of this hearing, please contact Kathy Calvert at 816–512–5741. (Duer, Tina) (Entered: 10/31/2011) |
| 10/31/2011 | 32 | | PROPOSED EXHIBIT LIST by USA as to Louis A. Soileau presented at sentencing on 10/27/2011. (Duer, Tina) (Entered: 10/31/2011) |
| 10/31/2011 | 33 | | SENTENCING MEMORANDUM by USA as to Louis A Soileau (Becker, Paul) (Entered: 10/31/2011) |

| 11/03/2011 | 35 | | Minute Entry for proceedings held before District Judge Howard F. Sachs: SENTENCING held on 11/3/2011 for Louis A. Soileau. To order a transcript of this hearing please contact Kathy Calvert, 816–512–5741. (Moore, Terri) (Entered: 11/14/2011) |
| 11/03/2011 | 36 | | GOVERNMENT'S EXHIBIT INDEX of 11/3/11 sentencing hearing as to Louis A Soileau. (Moore, Terri) (Entered: 11/14/2011) |
| 11/14/2011 | 37 | | JUDGMENT and COMMITMENT as to Louis A Soileau (1), Count(s) 1, 2 dismissed on the oral motion of the United States. The defendant pleaded guilty to Count 3 of the Indictment on June 23, 2011. **IMPRISONMENT:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months on Count 3 of the Indictment. The Court recommends to the Bureau of Prisons: Defendant be given the opportunity to participate in the 500 hour intensive drug treatment program. Defendant be designated to a federal institution at or near the state of Louisiana. The defendant is remanded to the custody of the United States Marshal. **SUPERVISED RELEASE:** Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. Standard and additional conditions of release imposed. **CRIMINAL MONETARY PENALTIES:** MSA: $100.00. No fine or restitution.. Signed on November 14, 2011 by District Judge Howard F. Sachs.(Moore, Terri) (Entered: 11/14/2011) |
| 11/23/2011 | 38 | | NOTICE OF APPEAL by Louis A Soileau Filing fee $ 455, receipt number IFP. (Kuchar, Robert) (Entered: 11/23/2011) |
| 11/23/2011 | 39 | | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Louis A Soileau to US Court of Appeals. Related Document 38 Notice of Appeal – Final Judgment. (Crespo, Wil) (Entered: 11/23/2011) |
| 11/30/2011 | 40 | | USCA Case Number from 8th Circuit Court of Appeasl is 11–3552 for 38 Notice of Appeal – Final Judgment filed by Louis A Soileau as to Louis A Soileau. Briefing schedule entered by the Court of Appeals is attached. Appeal Record due by 12/13/2011. Transcript due by 12/13/2011. (Attachments: # 1 Schedule)(Crespo, Wil) (Entered: 11/30/2011) |
| 12/08/2011 | 41 | | Certified and transmitted record on Appeal as to Louis A Soileau to US Court of Appeals re 38 Notice of Appeal – Final Judgment (Crespo, Wil) (Entered: 12/08/2011) |
| 12/09/2011 | 42 | | ELECTRONIC TRANSCRIPT as to Louis A Soileau of change of plea held June 23, 2011 before Judge Howard F. Sachs. Court Reporter: Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. Number of pages: 12. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully.  **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/16/2011. Release of Transcript Restriction set for 3/8/2012.**(Calvert, Kathy) Modified on 12/20/2011 to correct the judge information(Beard, Melanie). (Entered: 12/09/2011) |

| 12/09/2011 | 43 | | ELECTRONIC TRANSCRIPT as to Louis A Soileau of sentencing held October 27, 2011 before Judge Howard F. Sachs. Court Reporter: Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. Number of pages: 20. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/16/2011. Release of Transcript Restriction set for 3/8/2012.**(Calvert, Kathy) Modified on 12/20/2011 to correct the judge information (Beard, Melanie). (Entered: 12/09/2011) |
| --- | --- | --- | --- |
| 12/09/2011 | 44 | | ELECTRONIC TRANSCRIPT as to Louis A Soileau of sentencing held November 3, 2011 before Judge Howard F. Sachs. Court Reporter: Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. Number of pages: 11. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/16/2011. Release of Transcript Restriction set for 3/8/2012.**(Calvert, Kathy) Modified on 12/20/2011 to correct the judge information (Beard, Melanie). (Entered: 12/09/2011) |
| 12/12/2011 | | | ***Appeals Remark as to Louis A Soileau: Mailed this date to the 8th Circuit Court of Appeals transcripts Doc #42–44. (Crespo, Wil) (Entered: 12/12/2011) |
| 08/02/2012 | 45 | | JUDGMENT AND/OR OPINION of USCA as to Louis A Soileau re 38 Notice of Appeal – Final Judgment **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court. It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.** (Attachments: # 1 Opinion)(Crespo, Wil) (Entered: 08/02/2012) |
| 09/24/2012 | 46 | | MANDATE of USCA as to Louis A Soileau re 38 Notice of Appeal – Final Judgment with mandate issued on 8/27/12. (Crespo, Wil) (Entered: 09/24/2012) |
| 11/18/2013 | 47 | | PRO SE MOTION for extension of time to file 28 U.S.C. 2255 filed by Louis A Soileau. Suggestions in opposition/response due by 12/5/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Melvin, Greg) (Entered: 11/19/2013) |
| 01/06/2014 | 48 | | PRO SE MOTION for order Transcript Request by Louis A Soileau. Suggestions in opposition/response due by 1/24/2014 unless otherwise directed by the court. (Martin, Jan) (Entered: 01/07/2014) |
| 10/13/2015 | 49 | | ORDER denying 47 defendant's motion for extension of time to file as to Louis A. Soileau (1); denying 48 defendant's motion for order as to Louis A. Soileau (1). The Clerk of Court is directed to mail to defendant, in addition to this order, |

| | | | |
|---|---|---|---|
| | | | a copy of the docket sheet in the above referenced action. Signed on 10/13/15 by District Judge Howard F. Sachs. (Duer, Tina) A copy of this order and the docket sheet were mailed to Louis A Soileau, 22824–045, COLEMAN II U.S. PENITENTIARY, Inmate Mail/Parcels, P.O. Box 1034, COLEMAN, FL 33521 on 10/13/2015. (Melvin, Greg) (Entered: 10/13/2015) |
| 10/12/2016 | 50 | | PRO SE MOTION for order requesting transcripts and other documents without payment of fees by Louis A Soileau. Suggestions in opposition/response due by 10/31/2016 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Houston, Kiambu) (Entered: 10/13/2016) |
| 10/17/2016 | 51 | | MOTION to vacate under 28 U.S.C. 2255 filed by Louis A Soileau. (Attachment: # 1 Declaration)(Thoennes, Cindy) Civil case 4:16–cv–01125–HFS opened. (Entered: 10/20/2016) |
| 04/13/2018 | 52 | | ORDER this matter is referred to Chief Magistrate Judge Matt Whitworth for assignment to a magistrate judge for appointment of counsel to represent movant as to Louis A Soileau. Signed on 4/13/18 by District Judge Howard F. Sachs.(Anderson, Christy) (Entered: 04/13/2018) |
| 06/22/2018 | 53 | | ORDER denying 50 motion for order copies of documents as to Louis A Soileau (1) Signed on 6/22/2018 by District Judge Howard F. Sachs. (Travis, Kendra) **Modified on 6/25/2018 to reflect a copy of order was mailed via regular mail to Louis A Soileau 22824–045 TUCSON FEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels 8901 S. WILMOT ROAD TUCSON, AZ 85706.** (Travis, Kendra) (Entered: 06/22/2018) |
| 05/09/2019 | 54 | | ADMINISTRATIVE TRANSFER as to Louis A. Soileau. With the consent of the Honorable Judge Howard F. Sachs, this case is randomly reassigned to the Honorable Judge Roseann Ketchmark for all further proceedings. **Please note the new case number: 4:11–00013–01–CR–W–RK.** This is a TEXT ONLY ENTRY. No document is attached. (Moore, Terri) (Entered: 05/09/2019) |
| 12/02/2019 | 55 | | ORDER denying 51 motion to vacate (2255) as to Louis A Soileau (1), but granting a certificate of appealability. Signed on December 2, 2019 by District Judge Roseann Ketchmark. (Wheeler, LaTandra) Civil Case 4:16–cv–01125–RK closed. (Entered: 12/02/2019) |
| 04/15/2020 | 56 | | **AMENDED JUDGMENT AND COMMITMENT – RESENTENCING** : as to Louis A Soileau (1). Count(s) 3, **AMENDED SENTENCE:** IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 120 months on Count 3 of the Indictment. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of: Three (3) years. The defendant shall comply with all the mandatory, standard, and special conditions of release imposed by the Court in the original judgment, dated 11/14/2011 with an added special condition.Signed on April 15, 2020 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 04/15/2020) |
| 04/15/2020 | 57 | | REASON FOR AMENDMENT TO JUDGMENT – Form AO 245C Sheet 8 (Sealed) as to Louis A Soileau. **NOTICE: This form is not for public disclosure and is filed under seal any time an amended judgment is filed.** |

| | | | |
|---|---|---|---|
| | | | Signed on April 15, 2020 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 04/15/2020) |
| 11/08/2021 | 59 | | SUPERVISED RELEASE JURISDICTION transferred to Western District of Louisiana as to Louis A Soileau. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Crocker, Susan) (Entered: 11/08/2021) |