# United States District Court

WESTERN _____ DISTRICT OF _____ MISSOURI

**UNITED STATES OF AMERICA**
    **v.**

**CRIMINAL COMPLAINT**

**LOUIS A. SOILEAU**
[DOB:  09/15/1979]

**Case Number:  11-00001REL-01**

18 U.S.C. §§ 922(g)(1) & 924(a)(2);
[NMT:   Ten Years Imprisonment, $250,000 Fine, Three Years Supervised Release, Plus $100 Special Penalty Assessment]

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about January 3, 2011, in the Western District of Missouri, Louis A. Soileau, having been convicted of crimes punishable by imprisonment for terms exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit:  a Winchester, .22 rifle, Serial Number F262070, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

(See attached affidavit.)

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

    **/s/ Christopher Rapp**
_____
Signature of Complainant
CHRISTOPHER RAPP
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

January 6, 2011
Date

at    Kansas City, Missouri
City and State

HONORABLE ROBERT E. LARSEN
Chief United States Magistrate Judge
Name and Title of Judicial Officer

  /s/ Robert E. Larsen
Signature of Judicial Officer

STATE OF MISSOURI        )
                         ) ss.
COUNTY OF JACKSON        )

A F F I D A V I T

I, Christopher Rapp, being duly sworn, state the following:

1.  I am a Detective, with the Independence, Missouri Police Department and have been employed in that capacity for 11 years.  I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives to investigate illegal firearms possession and sale in the Kansas City metropolitan area.  Based upon my investigation, along with information provided to me by other officers from the Blue Springs, Missouri Police Department, I believe the following to be true and correct.

2.  On January 3, 2011, at approximately 3:06 p.m., Blue Springs, Missouri Police Officer (PO) Neal Story, #283, was dispatched to the Blue Springs, Missouri City Hall parking lot, 903 Main Street, Blue Springs, Missouri, Jackson County, in reference to a suspicious vehicle parked in a handicapped parking space.  The vehicle was described as a red 2002 Chevrolet Corvette, Missouri license YD1-Z1P.

Upon arrival, PO Neal Story observed a white male, later identified as Louis A. SOILEAU, DOB:  09/15/1979, standing at the rear of the vehicle.

3.  Upon contacting SOILEAU, PO Story observed the rear glass of the vehicle to be open.  PO Story observed the barrel of a rifle in the rear of the vehicle, along with clothing. SOILEAU attempted to close the rear glass of the vehicle upon PO Story contacting him, and approached PO Story.  PO Story observed an object pointing upward in the waistband of SOILEAU.  SOILEAU then pulled the object out of his waistband which PO Story reported to be a black in color handled knife.  PO Story pulled out his duty weapon, pointed the weapon at

SOILEAU, and ordered SOILEA to drop the knife, but SOILEAU refused.  PO Story reported SOILEAU continued to walk toward him, which he reported feeling "apprehension of immediate physical injury to myself."  PO Story reported SOILEAU eventually dropped the knife and fled on foot.  SOILEAU was eventually apprehended a short time later without incident.

4. During the initial investigation, it was learned Blue Springs, Missouri Police Department had taken a residential burglary report on January 3, 2010, Report #2010-00055. The residence was located at 4054 NW Winslow Place, Blue Springs, Missouri.  The victim of the burglary was identified as Charles A. Sharp, W/M, DOB:  08/01/1958.  Sharp reported his 2002 red in color Chevrolet Corvette, bearing Missouri license YD1-ZIP was stolen, along with several firearms.  Sharp identified the firearms stolen were: one (1) Browning, 20 gauge, semi-automatic shotgun; one (1) Winchester, .22 magnum, lever action rifle, one  (1) Taurus .357 magnum revolver, one (1) High-Point Tech Nine, 9mm, semi-automatic handgun, and one (1) 1861 Whitneyville Walker, black powder revolver.

5.  Blue Springs, Missouri Police Department conducted a search of the vehicle incident to tow.  During the search of the vehicle, officers discovered one (1) Winchester, Model 9422M, .22 magnum lever action rifle, Serial Number  F262070, and one (1) Whitneyville Walker, 1847, .44 caliber black powder revolver, Serial Number 01029.

6. On January 4, 2011, at approximately 8:41 a.m., Blue Springs Detective J. Matney conducted a video and audio recorded interview of SOILEAU after *Miranda* warning given. During the interview, SOILEAU admitted taking the firearms from Sharps' residence. SOILEAU admitted to pawning two of the firearms at Shop and Pawn, located at 12807 E. 40

2

Hwy, Independence, Missouri.  The two firearms SOILEAU admitted pawning were a Taurus, .357 magnum revolver, and a Hi-Point, Model 995, 9mm handgun.

7.  On January 4, 2011, Blue Springs Detective J. Matney responded to the Shop and Pawn, located at 12807 E. 40 Highway, Independence, Missouri.  At that time, Detective J. Matney recovered two receipts, one listing the Taurus revolver with a transaction date of December 26, 2010, and (1) listing the Hi-Point with a transaction date of December 23, 2010, the seller showed the name Louis SOILEAU.  Detective J. Matney also recovered a copy of the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record Part 1- Over the Counter Form.  The form shows the name of Louis SOILEAU and his social security number.  In the form, it reads SOILEAU was an attempting to purchase one handgun, which was denied.

8.  On January 5, 2011, ATF Task Force Officer Christopher Rapp contacted ATF Special Agent (SA) Matt Wilson, a firearms expert.  SA Wilson advised neither the Winchester, .22 rifle, no. F262070, Hi-Point firearm nor the Taurus firearm were manufactured in the State of Missouri, therefore traveled in interstate commerce.

9.  Louis A. SOILEAU was found to have the following felony convictions in the State of Louisiana according to a criminal history printout:

A.  Evangeline Parish:

1. Docket #54582-F, THEFT - sentenced to 2 years incarceration on December 1, 1997.

2. Docket #72306-F, SIMPLE BURGLARY/THEFT - sentenced to four years incarceration on September 1, 2000.

FURTHER AFFIANT SAYETH NAUGHT.


/s/ Christopher Rapp
CHRISTOPHER RAPP
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me

this 6th day of January, 2011.


/s/ Robert E. Larsen
HONORABLE ROBERT E. LARSEN
Chief United States Magistrate Judge
Western District of Missouri

sgs

4