IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) No. _____ | |
| v. | ) | COUNTS ONE, TWO & THREE |
| | ) | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| LOUIS A. SOILEAU, | ) | [NLT:  Fifteen Years Imprisonment; |
| [DOB:  09/15/1979] | ) | NMT:  Life Imprisonment, $250,000 Fine, |
| | ) | Five Years Supervised Release, Plus $100 |
| Defendant. | ) | Special Assessment] |

I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about December 23, 2010, in the Western District of Missouri, the defendant,

LOUIS A. SOILEAU, having been convicted of crimes punishable by imprisonment for terms

exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Hi-

Point, Model Tech Nine, 9mm pistol, Serial Number E36065, which had been transported in

interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about December 26, 2010, in the Western District of Missouri, the defendant,

LOUIS A. SOILEAU, having been convicted of crimes punishable by imprisonment for terms

exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a

Taurus, .357 Magnum revolver, Serial Number 426355, which had been transported in interstate

commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about January 3, 2011, in the Western District of Missouri, the defendant, LOUIS A. SOILEAU, having been convicted of crimes punishable by imprisonment for terms exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Winchester, .22 magnum, lever action rifle, Serial Number F262070, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.


_____1/25/11_____            ____/s/ Micheal R. Bailey_____
             DATE                                        FOREPERSON OF THE GRAND JURY


_/s/ Christina Y. Tabor FOR_____
Paul S. Becker
Assistant United States Attorney
Chief, Violent Crimes Strike Force Unit
Western District of Missouri

JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**CRIMINAL CASE COVER SHEET**

**Division of Filing**              **Place of Offense**        **Matter to be Sealed**
☒  Western     ☐  St. Joseph     Jackson          ☐  Secret Indictment
☐  Central     ☐  Southern       County           ☐  Juvenile
☐  Southwestern

**Defendant Information**
Defendant Name          Louis A. Soileau
Alias Name
Birthdate               09/15/1979

**Related Case Information**
Superseding Indictment/Information ☐Yes    ☒  No
                                  if yes, original case number  _____

New Defendant                              ☒ Yes        ☐No
Prior Complaint Case Number, if any   11-00001REL-01

**U.S. Attorney Information**
AUSA Paul S. Becker

**Interpreter Needed**
☐     Yes          Language and/or dialect        _____
☐     No

**Location Status**
Arrest Date  ____
☐     Currently in Federal Custody
☐     Currently in State Custody        Writ Required ☐ Yes   ☐ No
☐     Currently on bond

**U.S.C. Citations**
Total # of Counts        3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|-----|------------------------------|-------------------------------|----------|
| 1   | 18:922G.F/7830/4             | Unlawful Transport of Firearms, etc | 1-3 |
| 2   |                              |                               |          |
| 3   |                              |                               |          |

Date        1/25/11          Signature of AUSA /s/ Christina Y. Tabor FOR Paul S. Becker