PROB 12c
(LAWP 6/13/13)

# United States District Court

## for the

## Western District of Louisiana

## Petition for Warrant or Summons for Offender Under Supervision

Offender:  Louis A. Soileau                                      Docket No. 6:21CR00280-001

Sentencing Judge:  The Honorable Robert R. Summerhays (Jurisdiction transferred from The Honorable Roseann A. Ketchmark in the Western District of Missouri on November 5, 2021)

Date of Original Sentence:  November 3, 2011

Original Offenses:  Felon in Possession of a Firearm - 18 U.S.C. §§ 922(g)(1) and 924(e)(1)

Original Sentence:  180 months imprisonment, 4 years supervised release (WD/MO 4:11CR00013-01); Amended on April 15, 2020, to 120 months imprisonment, 3 years supervised release

Type of Supervision:  Supervised Release                  Date Supervision Commenced: March 26, 2021

Assistant U.S. Attorney:                                           Defense Attorney:

---

### PETITIONING THE COURT

☐    To issue a warrant

☒    To issue a summons

☐    Other

The probation officer believes that the offender has violated the following conditions of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **Mandatory Condition No. 3: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court; and;** |
| 2. | **Standard Condition No. 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

Offender Name: Louis A. Soileau
Docket Number: 6:21CR00280-001

A. On October 7, 2021, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

B. On January 4, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana and methamphetamine. He then admitted that he also methamphetamine.

C. On April 26, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

D. On June 29, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

E. On August 9, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana, and provided documentation that he obtained medicinal marijuana by prescription on August 8, 2022.

3.

**Special Condition No. 1: The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office.**

A. The defendant has failed to successfully participate in a substance abuse treatment program. In May 2021, he enrolled in outpatient mental health and addictive disorders counseling at the Ville Platte Behavioral Health Clinic. Efforts to make contact with the defendant's addictive disorders counselor to discuss the defendant's attendance and participation have been unsuccessful. On July 11, 2022, the defendant's mental health counselor confirmed that the defendant last attended a substance abuse counseling session on February 18, 2022.

B. On July 21, 2022, the defendant's consort contacted the Probation Office and expressed her concern about the defendant's substance use, and mental health issues. On July 22, 2022, the defendant agreed to attend a substance abuse evaluation on July 25, 2022. He attended the evaluation, and agreed to be placed voluntarily into an inpatient substance abuse treatment program at Woodlake Addiction Recovery Center in Abbeville, Louisiana, that evening at 7:00 PM. He failed to show up, or call the facility.

Offender Name: Louis A. Soileau
Docket Number: 6:21CR00280-001

August 31, 2022
Page 3 of 3

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒ Revoked

☐ Extended for     years, for a total term of    years.

☐ The conditions of supervision should be modified as follows:

The addition of the following special condition:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2022

Benjamin B. Rushing
U.S. Probation Officer Specialist

Reviewed and approved by:

Arthur J. Smith
Supervising U.S. Probation Officer

_____08/31/2022_____
Date

_____9-1-2022_____
Date