# United States District Court

## for the

## Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2022

TONY R. MOORE, CLERK
BY: _____ KW
           DEPUTY

## Amended Petition for Warrant or Summons for Offender Under Supervision

Offender: Louis A. Soileau                          Docket No. 6:21CR00280-001

Sentencing Judge:  The Honorable Robert R. Summerhays (Jurisdiction transferred from The Honorable Roseann A. Ketchmark in the Western District of Missouri on November 5, 2021)

Date of Original Sentence:  November 3, 2011

Original Offenses:  Felon in Possession of a Firearm - 18 U.S.C. §§ 922(g)(1) and 924(e)(1)

Original Sentence:  180 months imprisonment, 4 years supervised release (WD/MO 4:11CR00013-01); Amended on April 15, 2020, to 120 months imprisonment, 3 years supervised release

Type of Supervision:  Supervised Release                Date Supervision Commenced: March 26, 2021

Assistant U.S. Attorney:  Daniel J. Vermaelen           Defense Attorney: Natalie Jihad Awad

---

## PETITIONING THE COURT

☐     To issue a warrant

☐     To issue a summons

☒     Other: **To use this petition in place of the original petition for purposes of the supervised release revocation hearing set for September 22, 2022.**

The probation officer believes that the offender has violated the following conditions of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **Mandatory Condition No. 3: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court; and;** |
| 2. | **Standard Condition No. 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

Offender Name: Louis A. Soileau    September 15, 2022
Docket Number: 6:21CR00280-001    Page 2 of 3

A. On October 7, 2021, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

B. On January 4, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana and methamphetamine. He then admitted that he also methamphetamine.

C. On April 26, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

D. On June 29, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana.

E. On August 9, 2022, the defendant admitted that he used marijuana, and tested positive for the use of marijuana, and provided documentation that he obtained medicinal marijuana by prescription on August 8, 2022.

3. **Standard Condition No. 11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

On September 13, 2022, the Probation Office discovered that on June 22, 2022, the Ville Platte Police Department responded to the defendant's ex-wife's residence to investigate an alleged incident of domestic violence by the defendant towards his ex-wife, and possibly their daughter. The defendant was not arrested, or otherwise charged with a crime. However, he failed to report this contact with law enforcement to the Probation Office.

4. **Special Condition No. 1: The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office.**

A. The defendant has failed to successfully participate in a substance abuse treatment program. In May 2021, he enrolled in outpatient mental health and addictive disorders counseling at the Ville Platte Behavioral Health Clinic. Efforts to make contact with the defendant's addictive disorders counselor to discuss the defendant's attendance and participation have been unsuccessful. On July 11, 2022, the defendant's mental health counselor confirmed that the defendant last attended a substance abuse counseling session on February 18, 2022.

B. On July 21, 2022, the defendant's consort contacted the Probation Office and expressed her concern about the defendant's substance use, and mental health issues. On July 22, 2022, the defendant agreed to attend a substance abuse evaluation on July 25, 2022. He attended the evaluation, and agreed to be placed voluntarily into an inpatient substance abuse treatment program at Woodlake Addiction Recovery Center in Abbeville, Louisiana, that evening at 7:00 PM. He failed to show up, or call the facility.

U.S. Probation Officer Recommendation:

   The term of supervision should be:
      ☒ Revoked

      ☐ Extended for     years, for a total term of    years.


☐ The conditions of supervision should be modified as follows:

The addition of the following special condition:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2022                Reviewed and approved by:


Benjamin B. Rushing                            Arthur J. Smith
U S. Probation Officer Specialist              Supervising U.S. Probation Officer


      09/15/2022                                   9-15-2022
Date                                           Date