**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:21-CR-00280-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUIS A SOILEAU (01)** | **MAGISTRATE JUDGE HANNA** |

### ORDER OF DETENTION PENDING REVOCATION HEARING

In accordance with Rules 32.1 and 46(c), the release of a person arrested for a violation

of probation or supervised release is governed by 18 U.S.C. §3143, that portion of the Bail

Reform Act which governs release pending sentence or pending appeal.

Under the applicable law, a person arrested for a violation of probation or supervised

release must be detained unless the court finds by "clear and convincing evidence that the person

is not likely to flee or pose a danger to the safety of any other person or the community if

released." § 3143 (a) and (b)(1)(A).  Furthermore, "[t]he burden of establishing that the

defendant will not flee or pose a danger to any other person or to the community rests with the

defendant."  Rule 46(c) F.R.Cr.P.[1]

### *Findings and Conclusions*

☒     The charging document was filed on __September 15, 2022__, alleging
       counts of violations of (supervised release) (probation).

❑     At the preliminary hearing held on _____, the government
       established probable cause to hold defendant for a revocation hearing on the following
       counts: _____ The defendant waived his right to a preliminary hearing

---

[1]Rule 46(c) is made applicable by Rule 32.1(1) Fed.R.Crim.P.

2

❑    The defendant failed to show by clear and convincing evidence that the defendant is not likely to flee if released.

❑    The defendant failed to show by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community

❑    Written statement of reasons for detention:

The defendant consented to detention pending his final revocation hearing on October 19, 2023.

He reserved his right to request a detention hearing if his circumstances should change.

### *Directions Regarding Detention*

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending a revocation hearing on October 19, 2023.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

THUS DONE in Chambers on this 29th day of September, 2023.

Carol B. Whitehurst
United States Magistrate Judge